**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-2368-PAB

Deborah Laufer,
    Plaintiff,
v.

33247 Hwy.72, LLC d/b/a Eldora Lodge,
    Defendant(s).

_____

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**

_____

    Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF:
*/s/Suzette M. Marteny Moore*
Of Counsel, Thomas Bacon PA
2690 S. Combee Road
Lakeland, FL 33803
Tel: 863-229-2140
S.Moore@SMooreLaw.com
Eservice@SMooreLaw.com

FOR THE DEFENDANT:
*Ashley Larson*
Ashley Larson
Sutton & Booker, P.C
4949 S. Syracuse St., Ste. 500 Denver, CO 80237
3037306204
alarson@suttonbooker.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this January 26, 2021.

                                  */s/Suzette M. Marteny Moore*
                                  **Suzette M. Marteny Moore**
                                  Of Counsel, Thomas Bacon PA
                                  2690 S. Combee Road
                                  Lakeland, Florida 33803
                                  (863) 229-2140 (T)
                                  S.Moore@SMooreLaw.com
                                  Eservice@SMooreLaw.com
                                  *Attorneys for Plaintiff*